

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00676-CV

**IN RE** Kristin **KERBOW**

Original Mandamus Proceeding[1]

**ORDER**

On October 3, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response and relator filed a reply. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 27, 2019.

_Beth Watkins_
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-13768, styled *In the Interest of L.J.K-B., M.J.K-B., and L.K.K-B., Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.